**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TAAJ MARTIN, | ) | NO. CV 15-9012-VAP(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying Request for Extension of Time," this action is dismissed without prejudice.

DATED: December 3, 2015

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE